# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Case No. 4:25-cr-00053-SMR-WPK-1 : Clerk's Court Minutes – Status Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Sierrah Kittrell |

Plaintiff(s) Counsel: Mallory E. Weiser

Defendant(s) Counsel: Lucas Michael Taylor

Court Reporter: FTR Gold : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Joint Oral Motion to Continue Initial Appearance, Arraignment and Plea Agreement Hearing | Granted |

Proceedings:

Defendant present with retained counsel Lucas Michael Taylor. Counsel moves to continue Initial Appearance, Arraignment and Plea Agreement Hearing. Court grants Oral Motion to Continue and resets the Initial Appearance, Arraignment and Plea Agreement Hearing to August 4, 2025 at 2:45 p.m. before the Honorable William P. Kelly in the Des Moines Courthouse, Room 530.

Time Start: 1:41 p.m.
Time End: 1:42 p.m.
Date: July 28, 2025

/s/ K. Platt
Deputy Clerk